UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO: 3:21-cr-00015-27 |
| | § | |
| ANGEL USCANGA-BALDOVINOS | § | |

**UNOPPOSED MOTION TO TRAVEL**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes ANGEL USCANGA-BALDOVINOS, by and through undersigned counsel, and files this Motion requesting permission to travel and in support thereof states the following:

**I.**

The defendant lived at 17853 Crystal Wood, New Caney Harris County, Texas 77357. The defendant reports to the Houston Division of the Southern District of Texas. The defendant has recently moved and is now living at 438 Rd # 5100 in Cleveland, Liberty County, Texas. This recent move by the defendant has placed him in the Beaumont Division of the Eastern District of Texas. The defendant would inform the court that he would like to keep reporting to the Houston Division to his current Probation Officer Elizabeth Martinez. Defendant requests that he be allowed to travel from his new address located in Cleveland Texas to the Houston Division in the Southern District of Texas. AUSA Luis Batarse has been informed of the change of address and he is not opposed to this Motion to Travel.

**WHEREFORE, PREMISES CONSIDERED,** ANGEL USCANGA-BALDOVINOS prays that the Court GRANT Defendant's Unopposed Motion to Travel.

Respectfully submitted,

EDWARD P. SILLAS & ASSOCIATES
8400 HOWARD DRIVE
HOUSTON, TEXAS 77017
713-645-1969
713-645-1522 (FAX)

By: __/s/_____
    Edward P. Sillas
    Federal ID #: 7542
    State Bar No. 18350200

## CERTIFICATE OF SERVICE

This is to certify that on August 31, 2022, a true and correct copy of the above and foregoing document was served by CM/ECF on all necessary parties.

_____/s/_____
EDWARD P. SILLAS

## CERTIFICATE OF CONFERENCE

I, Attorney Edward P. Sillas, do hereby certify that I have conferred with A.U.S.A., Luis Batarse, from the United States Attorney's Office and he agrees to this Unopposed Motion to Travel.

_____/s/_____
EDWARD P. SILLAS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | CASE NO. 3:21-cr-00015-27 |
| § | |
| ANGEL USCANGA-BALDOVINOS § | |

**O R D E R**

On _____, 2022, came on to be considered Edward P. Sillas' Unopposed Motion to Travel, and said motion is hereby

(Granted)                                                                                                  (Denied)

_____
JUDGE JEFFREY V. BROWN